Arnoldo Casillas, SBN 158519
acasillas@morenolawoffices.com
CASILLAS, MORENO & ASSOCIATES
3500 West Beverly Boulevard
Montebello, CA 90640
(323) 725-0917

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Godoy, L.M., a minor child, by and through her guardian ad litem, Maria Barajas, K.A., a minor child, by and through her guardian ad litem, Ana Alvarado, J.C. a minor child, by and through her guardian ad litem, Deanna Boyd,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>County of Sonoma, City of Santa Rosa, Does 1 through 20.<br><br>　　　　Defendants. | Case No.:<br><br>[~~PROPOSED~~] ORDER RE PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

The petition of Deanna Boyd for appointment as guardian ad litem for her minor daughter, J.C., came on before this court on this date; and,

The court, having considered the petition and supporting declaration and papers, and being fully advised, finds that good cause exists for said appointment.

Good cause existing, petitioner Deanna Boyd is hereby appointed guardian ad litem for J.C., minor.

Dated: __March 2, 2015__　　　　　　　　　　　　_/s/ [signature]_
　　　　　　　　　　　　　　　　　　　　　　　JUDGE, U.S. DISTRICT COURT