## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Luis Godoy, L.M., a minor child, by and through her guardian ad litem, Maria Barajas, K.A., a minor child, by and through her guardian ad litem, Ana Alvarado, J.C. a minor child, by and through her guardian ad litem, Deanna Boyd,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>County of Sonoma, City of Santa Rosa, Garrison W. Swartz, Ryan Corcoran, Matthew Meloche, Michael Lazzarini, James Harris, Nicholas Gillotte, Daniel Jones, Dylan Fong, Dave Pederson, Mathew Lupton, California Highway Patrol Officer Ball, and Does 1 through 20.<br><br>　　　　Defendants. | **Case Number: 15-CV-883 WHO**<br><br>ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE<br><br>Further CMC: February 9, 2016<br>Complaint Filed: February 26, 2015 |

**GOOD CAUSE APPEARING** and the parties having stipulated, it is hereby **ORDERED** that:

　　　The further case management conference set for February 9, 2016 at 2:00 p.m. is vacated. A new further case management conference is scheduled for Februar 23, 2016 at 2:00 p.m.

**IT IS SO ORDERED**

DATE: February 2, 2016　　　　　　　By: _[signature]_

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

-1-