UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GODOY, et al.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF SONOMA, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-00883-WHO<br><br>**ORDER RE: ATTENDANCE AT ENE**<br><br>Date: May 12, 2016<br>ENE Evaluator: Randolph W. Hall |

　　　　IT IS HEREBY ORDERED that the request to excuse defendant Dan Pedersen from appearing in person at the May 12, 2016, ENE before Randolph W. Hall is GRANTED. The representative is excused from participating in the mediation as set forth in ADR L.R. 5-10(f).

**IT IS SO ORDERED**.

Dated: May 4, 2016

Maria-Elena James
United States Magistrate Judge