UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GODOY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 15-cv-00883-WHO<br><br>**ORDER REGARDING EVIDENCE SUBMITTED IN OPPOSITION TO SUMMARY JUDGMENT** |

Defendants filed objections to the evidence plaintiffs' submitted in opposition to their motion for summary judgment. Dkt. No. 97-1. One of defendants' objections is that none of the ten attachments to plaintiffs' opposition brief was presented with a supporting affidavit or declaration.

If plaintiffs intend to authenticate any documents to which defendants have objected, they should do so by July 1, 2016. The Court notes that one submission indicated that two videos were intended to be filed as evidence, but the Court has received only the video entitled "Andy Lopez Supporters Cross Police Line, Youth Face Riot Cops." Defendants' may file any further evidentiary objections by July 5, 2016.

**IT IS SO ORDERED**.

Dated: June 28, 2016



WILLIAM H. ORRICK
United States District Judge