UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS GODOY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SONOMA, et al.,<br><br>    Defendants. | Case No. 15-cv-00883-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. Nos. 73, 96 |

Parties to the action, by and through their counsel, have advised the Court that certain defendants have agreed to a settlement. Dkt. Nos. 73, 96.

IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE as to these defendants. It is further ordered that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: July 22, 2016



WILLIAM H. ORRICK  
United States District Judge